USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alejandro Mejia,

                              Plaintiff,

      -against-

Warden Carter et al.,

                            Defendants.

1:21-cv-09049 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The deadline for Plaintiff to file an amended pleading was April 27, 2022. (*See* 3/30/2022 Order, ECF No. 14.) Having received no such filing, the Court will proceed with the Amended Complaint (ECF No. 13) as the operative pleading, as indicated in the March 30, 2022 Order. (*See id.*) Accordingly, it is hereby Ordered that defendants Carter, Guerra and Horton shall respond to the Amended Complaint no later than June 6, 2022. Thereafter, the Court will schedule an Initial Pretrial Conference.

According to the New York City Department of Correction website, it appears that Plaintiff again is housed at the Vernon C. Bain Center, 1 Halleck Street, Bronx, NY 10474. The Clerk of Court is respectfully requested to update his address on the ECF docket.

**SO ORDERED.**

DATED:    New York, New York
            May 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge