```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alejandro Mejia,

                Plaintiff,

-against-

Warden Carter et al.,

                Defendants.

1:21-cv-09049 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall file his opposition to Defendants' motion to dismiss (ECF No. 18) no later than Thursday, July 21, 2022. Defendants shall file any reply no later than Thursday, August 4, 2022.

**SO ORDERED.**

DATED:    New York, New York
                June 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge