```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alejandro Mejia,

                Plaintiff,

-against-

Warden Carter et al.,

                Defendants.

1:21-cv-09049 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's June 9, 2022 Order, Plaintiff was to file his opposition to Defendants' motion to dismiss by July 21, 2022. (6/9/2022 Order, ECF No. 22.) As of the date of this Order, the Court has not received Plaintiff's opposition.

It is hereby Ordered that Plaintiff shall file his opposition to Defendants' motion to dismiss no later than August 29, 2022. Failure to do so will result in the Court deciding the motion on Defendants' motion papers only. If Plaintiff files an opposition, Defendants shall file any reply no later than September 12, 2022.

SO ORDERED.

DATED:     New York, New York
               July 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge