UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEJANDRO MEJIA,

           Plaintiff,                      21 **CIVIL** 9049(AT)(SDA)

      -against-                             **JUDGMENT**

N.T.C./D.O.C./V.C.B.C. WARDEN CARTER;
N.T.C./D.O.C./V.C.B.C. CAPTAIN GUERRA 3-
AA HOUSING UNIT CAPTAIN; N.T.C./D.O.C./
V.C.B.C./CAPT. JOHN DOE INTAKE
SUPERVISING CAPT.; N.T.C./D.O.C./V.C.B.C.
CAPTAIN HORTON

           Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 13, 2022, The Court finds no clear error and ADOPTS Judge Aaron's R&R in its entirety. Accordingly, the Court GRANTS Defendants' motion to dismiss; accordingly, the case is closed.

**Dated:**  New York, New York
         December 13, 2022

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                     **BY:**

                                                                    **Deputy Clerk**